UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
OCT 3 1 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Johnson, Dalonno C. (Prose)     )
                                )
_____)
                                )
_____)   CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
                                )   1:17-cv-07828
            v.                  )   Judge Jorge L. Alonso
                                )   Magistrate Judge M. David Weisman
Soo Line Railroad Company       )
                                )
d/b/a Canadian Pacific Railroad )
                                )
_____)
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Dalonno C. Johnson _____ of the county of Cook _____ in the state of Illinois _____.

3. The defendant is Soo Line Railroad Company d/b/a/ Canadian Pacific Railroad, whose street address is 208 S. La Salle Street, Suite 814 _____,
(city) Chicago  (county) Cook  (state) Illinois  (ZIP) 60604

(Defendant's telephone number)  (___) – _____

4. The plaintiff sought employment or was employed by the defendant at (street address)
10800 Franklin Ave. _____ (city) Franklin Park _____
(county) Cook  (state) IL  (ZIP code) 60131

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.  The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,

    (month) May, (day) 1, (year) 2013.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about

   (month) September (day) 29 (year) 2014.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month) (day) (year).

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) May (day) 26 (year) 2016 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☑ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☑ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

Case: 1:17-cv-07828 Document #: 1 Filed: 10/31/17 Page 5 of 7 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    Plaintiff was subjected to seven months of ongoing racial discrimination and

    harassment within in a hostile work while employed at Canadian Pacific

    Railroad's Signal Department, which culminated with Plaintiff being wrongfully

    terminated from employment with Defendant.

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☑ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☑ Direct the defendant to (specify): Make plaintiff whole by issuing back pay including vacation time, restoration of employment seniority, and damages of $5,000,000.

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ✓ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ✓ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

(Plaintiff's name)

Dalonno C. Johnson

(Plaintiff's street address)

P.O. Box 490034

(City) Chicago  (State) IL  (ZIP) 60649

(Plaintiff's telephone number) ( 630 ) – 706-1908

Date: 10/31/2017

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Dalonno C. Johnson
                Plaintiff,
v.                                              Case No.: 1:16−cv−08200
                                                      Honorable John J. Tharp Jr.
Canadian Pacific Railroad
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 19, 2017:

       MINUTE entry before the Honorable John J. Tharp, Jr:Motion hearing held. Two attempts to conference the plaintiff in for today's hearing were unsuccessful. Defendant Soo Line's Motion to Dismiss [14] is granted without prejudice for reasons stated on the record. If the plaintiff wishes to pursue his claims further, he must file a new case. The Court advises plaintiff to consult with the Court's pro se assistance desk in connection with the filing of any new complaint, service thereof, and the problems identified in the defendant's motion to dismiss the present complaint. The pro se assistance desk operates by appointment and in−person only. Sign−up is on−line through the Court's website. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.