IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Dalonno C. Johnson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No. 1: 17-cv-07828** |
| vs. ) | |
| ) | **Judge Mary Rowland** |
| SOO Line Railroad, ) | |
| ) | **Magistrate Judge Gabriel Fuentes** |
| Defendant. ) | |
| ) | |
| ) | |

**PLAINTIFF AFFIDAVIT**

I, Plaintiff Dalonno C. Johnson, respond to Magistrate Judge Fuentes' August 24, 2020 Order and respectfully submits to this Court this affidavit. I respectfully beg your pardon for the tardiness of this affidavit as I did not receive notice of this order until September 6, 2020.

I. DEPOSITIONS

Defendant and I have been in communication in an attempt to accommodate all parties in the depositions of myself and my two treating physicians. I will contact the Defendant to finalize dates and times tomorrow, Sept. 8, 2020 in order to complete the depositions no later than Mon, Sept. 14, 2020 in accordance with the court's order.

II. MEDICAL DISCLOSURES

To the best of my knowledge, I have disclosed the identities of all of my treating physicians and medical providers with the exception of one who I recently started seeing. Upon receipt of a new medical authorization form, I will provide this to the Defendant as well.

1

2

Additionally, the Defendant and this court continue to insist that I provide the Defendant with a medical release for Dignity Health. However, I have already disclosed and provided the release as the Defendant's own records indicate. These are marked "SOODJ0000162, SOODJ0000163, SOODJ0000164, SOODJ0000165, SOODJ0000166, SOODJ0000167, SOODJ0000168, and SOODJ0000169.

RESPECTFULLY SUBMITTED this 7th day of September 2020.

By: /s/ *Dalonno C. Johnson*
Dalonno C. Johnson
P.O. BOX 490034
Chicago, Illinois 60649
Plaintiff Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September 2020, the foregoing was electronically filed with the Clerk of the Court, and that on said date I also emailed a copy of the foregoing to the following:

Chloe G. Pedersen<br>
Fletcher and Sippel, L.L.C.<br>
29 North Wacker Drive<br>
Chicago, IL 60606-2832<br>
cpedersen@fletcher-sippel.com<br>
Attorney for Defendant<br>
SOO Line Railroad Company

By: */s/ Dalonno C. Johnson*
Dalonno C. Johnson